UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

### Case Number:  18-21151-CIV-MARTINEZ-OTAZO-REYES

JUAN CARLOS GIL,
    Plaintiff,

vs.

CLERK OF THE BOARD OF COUNTY
COMMISSIONERS FOR MIAMI-DADE
COUNTY,
    Defendant.
_____/

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with

Prejudice [ECF No. 34].  It is:

**ADJUDGED** that this action is **DISMISSED with prejudice.** All parties shall bear their

own attorney's fees and costs.  The Court retains jurisdiction to enforce the terms of the parties'

Settlement Agreement.  It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this

case is **CLOSED.**

DONE  AND  ORDERED  in  Chambers  at  Miami,  Florida,  this _6_ day of September,
2018.

                                    JOSE E. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record